No. 98–1161.  CITY OF ERIE ET AL. *v.* PAP'S A. M., TDBA "KANDYLAND." Sup. Ct. Pa. [Certiorari granted, 526 U. S. 1111.] Motion of Kansas and Ohio for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 98–1648.  MITCHELL ET AL. *v.* HELMS ET AL. C. A. 5th Cir. [Certiorari granted, 527 U. S. 1002.] Motion of the Solicitor General for divided argument granted.

No. 98–1667.  BARAL *v.* UNITED STATES. C. A. D. C. Cir. [Certiorari granted, 527 U. S. 1067.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 98–1696.  UNITED STATES *v.* JOHNSON. C. A. 6th Cir. [Certiorari granted, 527 U. S. 1062.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 99–5873.  HICKOX ET UX. *v.* MLA, INC. Sup. Ct. Fla.; and
No. 99–6023.  LAZICH *v.* WESTCHESTER COUNTY, NEW YORK, ET AL. C. A. 2d Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until November 22, 1999, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 99–6391.  IN RE STONE. Petition for writ of habeas corpus denied.

No. 99–18.  IN RE JOSENHANS;
No. 99–372.  IN RE BERNOFSKY;
No. 99–5350.  IN RE WASHINGTON; and
No. 99–5476.  IN RE MCCARTY. Petitions for writs of mandamus denied.

No. 99–116.  FISCHER *v.* UNITED STATES. C. A. 11th Cir. Certiorari granted.